### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

MICHAEL BOWMAN, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ART VAN FURNITURE, INC., a Michigan corporation,

    Defendant.

Case No. 17-11630-NGE

Hon. Nancy G. Edmunds

## **APPEARANCE**

TO:   CLERK OF THE COURT
        ATTORNEYS OF RECORD

Please enter the Appearance of Matthew Dybas of Dykema Gossett PLLC as attorney of record for Defendant Art Van Furniture, Inc. in the above-captioned matter. Please direct all future pleadings, notices and correspondence accordingly.

Dated: June 13, 2017

**DYKEMA GOSSETT PLLC**

By: /s/Matthew Dybas
Robert M. Horwitz (P51466)
Matthew Dybas (P79983)
400 Renaissance Center
Detroit, MI  48243
(313) 568-6800 / FAX (313) 568-6658
rhorwitz@dykema.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on June 13, 2017, I electronically filed the foregoing paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties by operation of the Court's electronic filing system.

By: /s/Matthew Dybas
Matthew Dybas (P79983)
Attorneys for Defendant

DYKEMA GOSSETT•A PROFESSIONAL LIMITED LIABILITY COMPANY•400 RENAISSANCE CENTER•DETROIT, MICHIGAN 48243

4825-5056-7498.1
019956\000999