## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**MICHAEL BOWMAN**, individually
and on behalf of all others similarly
situated,

                    Plaintiffs,

v.

**ART VAN FURNITURE, INC.**, a
Michigan corporation,

                    Defendant.

Case No. 17-cv-11630-NGE

Hon. Nancy G. Edmunds

Mag. R. Steven Whalen

_____

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
## TO FILE OVERSIZED MOTION FOR PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

Plaintiff Michael Bowman ("Plaintiff" or "Bowman") hereby respectfully moves the Court for leave to file an oversized Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement of up to forty-six (46) pages. In support of the instant motion, Plaintiff states as follows:

1.      Under the rules of this Court, all motions are not to exceed twenty-five pages (25) without approval from the Court. L.R. 7.1.

2.      Given the various factors relevant to the preliminary approval inquiry, Plaintiff respectfully requests that the Court grant Plaintiff an additional twenty-one (21) pages to present its arguments, for a total of forty-five (46) pages.

3.      Plaintiff's counsel has conferred with counsel for Defendant, who advised that Defendant does not oppose Plaintiff's request for additional pages.

4.      Lastly, the relief requested is not sought for any improper purpose and good cause exists to grant the same.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting its leave to file its Memorandum in Support of Motion for Preliminary Approval of Class Action Settlement in excess of twenty-five (25) pages.

Dated: April 26, 2018

Respectfully submitted,

**MICHAEL BOWMAN**, individually and on behalf of all others similarly situated,

2

By: /s/ Steven L. Woodrow
      One of Plaintiffs' Attorneys


Steven L. Woodrow
Woodrow & Peluso, LLC
swoodrow@woodrowpeluso.com
3900 E Mexico Avenue, Suite 300
Denver, CO 80210
(720) 213-0675

Bradley J. Friedman, Esq.
Law Offices of Bradley J. Friedman, Esq.
30300 Northwestern Hwy, Suite 106
Farmington Hills, MI 48334

CERTIFICATE OF SERVICE

I, Steven L. Woodrow, hereby certify that on April 26, 2018 I served the above and foregoing papers by filing such papers with the Court using the Court's electronic filing system, which will transmit copies to all counsel of record.

<u>s/ Steven L. Woodrow</u>