UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL BOWMAN,

    Plaintiff,

v.                                            Case No: 2:17-cv-11630-NGE-RSW

ART VAN FURNITURE, INC.,

    Defendant.

_____

### OBJECTION OF JASON J. THOMPSON

NOW COMES putative class member, Jason J. Thompson, and herein lodges an objection against the above settlement in the above referenced matter for the following reasons:

1.     Submitting a claim as instructed at WWW.avfsettlement.com appears to offer a choice for filing a claim online of entering the claim ID provided on the short form class notice **or** the affected phone number. However, if the claim ID number is used to submit a claim, the following screen still requires the affected phone number to be provided.

2.     Upon attempting to submit my claim, I entered the only two telephone numbers that I have records of or memory of, but neither or them worked. I entered my claim number, 9DW7C73W9D474EF.

There was no way to submit a claim form once the telephone number was rejected. The website provided no options under the frequently asked questions for

submitting a claim in the circumstance where the telephone number is not completed and accepted by the website.

3. Furthermore, under question 5: "How do I know if I'm in the settlement class?", there is no information indicating that if your known telephone numbers are not accepted, that you are **not** in the class. Instead, it simply defines class membership based on receiving a telephone call from Art Van Furniture through the use of pre-recorded voice technology between May 23, 2013 and July 23, 2018.

4. I have frequently purchased furniture through Art Van Furniture, and have had an Art Van Furniture credit card. I therefore, believe there is sound basis to believe I am a member of the class since they have access to my name and personal information, and I did have telephones during the class period.

5. As a class action attorney, I am aware that class definitions may include individuals who suffered no harm. The above events leave me to wonder whether I in fact received a pre-recorded voice message from Art Van Furniture during the class period; or rather, the requirement of a telephone number for claims submission is deficient in that it omits class members who in fact have been harmed from receiving benefits; or the database of telephone numbers for eligibility to submit a claim is deficient, as evidenced by my experience.

In conclusion and for the above reasons, I hereby lodge my objection to the above referenced settlement for consideration by the Court and request that class

counsel address the above concerns at the fairness hearing, and if appropriate, order a subsequent notice to be issued correcting the above outlined errors to fall in compliance with the notice, claims, and settlement provisions of FRCP 23 and related case law.

I am over the age of 21 and if called to testify in open court, I would testify in accordance with the above facts, and I attempted to contact class counsel in the month of September by telephone and left a voice message, which has not been returned, to discuss my objections before filing this objections. If my travel schedule provides, I will attend the fairness hearing to assist the court in resolving my objection.

Dated: September 25, 2018

Jason J. Thompson (P47184)
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
jthompson@sommerspc.com

## PROOF OF SERVICE

I certify that on September 25, 2018, I mailed a copy of **OBJECTION OF JASON J. THOMPSON** by regular U.S. mail to the following addresses:

The Honorable Nancy G. Edmunds
c/o Clerk of the Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 858
Detroit, MI 48226

Steven L. Woodrow, Esq.
Woodrow & Peluso, LLC
3900 E. Mexico Ave., Ste. 300
Denver, CO 80210

Martin W. Jaszczuk, Esq.
Jaszczuk P.C.
311 S. Wacker Dr., Ste. 3200
Chicago, IL 60606

/s/ Jason J. Thompson
Jason J. Thompson (P47184)
Sommers Schwartz, P.C.
One Towne Square, 17th Floor
Southfield, MI 48076
(248) 355-0300
jthompson@sommerspc.com



| | | | | | | |
|---|---|---|---|---|---|---|
| RICHARD D. FOX | KENNETH T. WATKINS | JUDITH A. SUSSKIND | PARKER G. STINAR | DAVID M. BLACK | STANLEY S. SCHWARTZ |
| RICHARD L. GROFFSKY | SAMUEL A. MEKLIR | LISA M. ESSER-WEIDENFELLER | DINA M. ZALEWSKI | RICHARD D. TOTH | (1930-2004) |
| DANIEL D. SWANSON | JOSEPH H. BOURGON | RAMONA C. HOWARD | MICHAEL D. McCULLOUGH, II | ARVIN J. PEARLMAN, P.C. | NORMAN S. SOMMERS |
| MICHAEL J. CUNNINGHAM | KEVIN J. STOOPS | ANDY DRAGOVIC | | WILLIAM MITCHELL III, P.L.C. | (1919-2015) |
| MATTHEW G. CURTIS | JASON J. THOMPSON | TAD T. ROUMAYAH | OF COUNSEL | C.K. YOON, PLLC | LEONARD B. SCHWARTZ |
| CHARLES R. ASH III | LANCE C. YOUNG | CHARLES R. ASH IV | PAUL GROFFSKY | WILLIAM C. GAGE, P.C. | (1934-2017) |
| ROBERT B. SICKELS | MATTHEW L. TURNER | BENJAMIN J. WILENSKY | NORMAN D. TUCKER | AVANTI LAW GROUP, PLLC | STEVEN J. SCHWARTZ |
| ANDREW KOCHANOWSKI | JABRAN G. YASSO | ROD M. JOHNSTON | JOSEPH E. GRINNAN | | (1939-2016) |

September 25, 2018

The Honorable Nancy G. Edmunds
c/o Clerk of the Court
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 858
Detroit, MI 48226

    RE:   *Michael Bowman v. Art Van Furniture, Inc.*
           Case No: 2:17-cv-11630-NGE-RSW
           Objection of Jason J. Thompson

Dear Clerk:

Enclosed please find the Objection of Jason J. Thompson to the above referenced settlement with a Proof of Service.

Should you have any questions, please feel free to contact me.

Very truly yours,

*Jason J. Thompson*

Jason J. Thompson

JJT/wev

Enclosure

cc:   Steven L. Woodrow, Esq.
       Woodrow & Peluso, LLC
       3900 E. Mexico Ave., Ste. 300
       Denver, CO 80210

       Martin W. Jaszczuk, Esq.
       Jaszczuk P.C.
       311 S. Wacker Dr., Ste. 3200
       Chicago, IL 60606