# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MICHAEL BOWMAN**, individually and on behalf of all others similarly situated, | Case No. 17-cv-11630-NGE |
| | Hon. Nancy G. Edmunds |
| Plaintiff, | |
| v. | Mag. R. Steven Whalen |
| **ART VAN FURNITURE, INC.**, a Michigan corporation, | |
| Defendant. | |

## ERRATA REGARDING MOTION FOR FINAL APPROVAL

Plaintiff Bowman respectfully submits this errata to his Motion for Final Approval of Class Action Settlement, which was filed on October 10, 2018, at Docket No. 48, in order to correct a formatting error in the Table of Contents. A corrected Table of Contents is attached hereto as Exhibit A, which fixes this formatting error and makes no other changes.

Dated: October 11, 2018

**MICHAEL BOWMAN**, individually and on behalf of all others similarly situated,

By: /s/ Steven L. Woodrow

Steven L. Woodrow
Patrick H. Peluso*
Woodrow & Peluso, LLC
3900 E Mexico Ave., Suite 300
Denver, Colorado 80210
Tel: 720.213.0675
swoodrow@woodrowpeluso.com

*Pro hac vice*

Bradley J. Friedman, Esq. P70877
Law Offices of Bradley J. Friedman, Esq.
30300 Northwestern Hwy, Suite 106
Farmington Hills, MI 48334
248-932-3500 (phone)
bfriedmanesq@gmail.com


Stefan L. Coleman, Esq.
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 South Biscayne Boulevard, 28th Floor
Miami, Florida 33131
Tel: 877.333.9427
law@stefancoleman.com

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on October 11, 2018, I served the above and foregoing papers by causing such paper to be filed with the Court using the Court's electronic filing system, which will send copies of such paper to all counsel of record.

              /s/ Steven L. Woodrow