# EXHIBIT A

## TABLE OF CONTENTS

Page

**CONCISE STATEMENT OF ISSUE PRESENTED** .......................................... iv

**CONTROLLING OR MOST APPROPRIATE AUTHORITIES** ...................... v

**TABLE OF AUTHORITIES** ................................................................................ vi

I. Introduction ................................................................................................1

II. Nature of the Litigation and Settlement ..........................................................1

III. THE NOTICE PLAN SATISFIES DUE PROCESS ..................................4

IV. THE SETTLEMENT SHOULD RECEIVE FINAL APPROVAL ..........6

    A. There is no risk of fraud or collusion. ...............................................7

    B. The complexity, expense, and likely duration of continued litigation weighs in favor of approving the proposed Settlement...8

    C. The Parties conducted sufficient fact-finding ................................10

    D. The Settlement provides the Class Members with favorable relief when weighed against the likelihood of success on the merits. ......11

    E. Class counsel and Bowman support the Settlement ......................13

    F. The reaction from the Class has been overwhelmingly positive ...13

        1. Only 3 of 1,150,000 class members have objected. ...............14

        2. Ms. Varchetti's objection to the notice is unfounded. ..........16

        3. Varchetti's objection to the fee calculation and the total fund is inconsistent with standard class action practice .....19

        4. Varchetti's reliance on *Snyder* is misplaced because Art Van is the only defendant with claims at issue ..............................25

          5.        Mr. Waayenberg's objection suggests that the terms of the Settlement are fair and favorable to the Class ...................... 27

          6.        Mr. Thompson's statement that he was personally unable to file a claim with an affected phone number does not undercut the Settlement's fairness or adequacy ................... 27

    G.      Public interest supports approval of the Settlement. ...................... 29

V.    CONCLUSION ........................................................................................ 30