UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BOWMAN, on behalf of himself
and a similarly situated class,                    Case No. 17-11630

       Plaintiff,                                Honorable Nancy G. Edmunds

v.

ART VAN FURNITURE, INC.,

       Defendant.

_____/

**ORDER APPROVING ATTORNEYS' FEES AND EXPENSES FOR ADDITIONAL
WORK COMPLETED [54]**

In the Court's December 10, 2018 Opinion and Order Granting In Part Plaintiff's

Motion For An Award of Reasonable Attorneys' Fees (docket 52), the Court awarded and

approved attorney fees in the amount of $997,142; approved expenses in the amount of

$13,098.68; and ordered that

> As to the remaining estimated $15,000 of work to be completed after the
> motions for final approval and attorneys fees were submitted and through the
> end of this matter, Plaintiffs' counsel should submit a supporting affidavit and
> time sheets within 21 days of completion of the additional work (to which the
> multiplier will also be applied) . . . .

(Opinion and Order Granting In Part Plaintiff's Motion For An Award of Reasonable

Attorneys' Fees, dkt. 52.) Pursuant to that order, Plaintiff filed the Declaration of Attorney

Steven L. Woodrow In Support Of Additional Work Completed. (Dkt. 54.) Plaintiff's attorney

states that the initial $15,000 estimate of remaining work "turned out to be low" and that

"[a]s of December 12, 2018, Plaintiff's counsel have billed $27,542.50 in additional time

preparing the final approval briefing, preparing for and attending the final fairness hearing, and addressing the objections filed in this case." (Woodrow Decl. ¶ 4, Dec. 12, 2018, dkt. 54.) He submitted detailed timesheets with the declaration.

In its December 10, 2018 opinion and order, the Court considered the reasonableness of the requested attorneys' fees, and has done so here again, finding that despite exceeding the original estimate, the additional time in the amount of $27,542.50 and expenses in the amount of $1,225.53, are reasonable

As set forth in the prior opinion and order, the Court applies a multiplier of 2 to the lodestar $27,542.50 in attorney's fees for a total amount of $55,085.00.

## III. CONCLUSION

For the reasons set forth above and in the December 10 opinion and order, the Court awards and approves the additional and final attorney fees in the amount of $55,085.00;

The Court approves the additional expenses in the amount of $1,225.53.

**SO ORDERED.**

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge


Dated:  December 18, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 18, 2018, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager