UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL BOWMAN, on behalf of himself
and a similarly situated class,   Case No. 17-11630

    Plaintiff,   Honorable Nancy G. Edmunds

v.

ART VAN FURNITURE, INC.,

    Defendant.
_____/

## JUDGMENT

A judgment of dismissal with prejudice is hereby entered pursuant to the Court's Opinion and Order Granting Plaintiff's Motion For Final Approval Of Class Action Settlement, each side retaining the right to enforce the terms of the settlement agreement and their respective obligations pursuant to that order.

    SO ORDERED.

                                    s/Nancy G. Edmunds
                                    Nancy G. Edmunds
                                    United States District Judge

Dated: February 4, 2019

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 4, 2019, by electronic and/or ordinary mail.

                                    s/Lisa Bartlett
                                    Case Manager