# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **MICHAEL BOWMAN**, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br>v.<br><br>**ART VAN FURNITURE, INC.**, a Michigan corporation,<br><br>                    Defendant. | Case No. 17-cv-11630-NGE<br>Hon. Nancy G. Edmunds<br>Mag. R. Steven Whalen<br><br>**SUPPLEMENTAL DECLARATION OF LINDSEY MARQUEZ REGARDING NOTICE AND CLAIM ADMINISTRATION** |

I, Lindsey Marquez, hereby declare and state as follows:

1. I am a Project Manager at Epiq Class Actions & Claims Solutions, Inc. ("Epiq"). Prior to joining Epiq in 2018, I was a paralegal and engaged in private practice for over 15 years. I received my Master of Business Administration in 2018 and my Bachelor of Political Science from Northern Arizona University in 2004.

2. I previously submitted a declaration regarding Epiq's settlement administration on October 9, 2018 ("Notice Declaration"). The facts in this declaration are based on my personal knowledge, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq. I submit this supplemental declaration in order to provide the Court and the parties with additional information regarding the number of claims and opt-outs received.

3. In my initial Notice Declaration dated October 9, 2018, I reported that Epiq had received a total of 32,667 Claim Forms (2,408 paper Claim Forms and 30,259 web claims). Epiq reviewed the Claim Forms and determined that 31,471 were complete, 18 were incomplete and in the process of being sent deficiency letters, and 1,178 were duplicate or denied as result of being submitted late or from non-class members.

SUPPLEMENTAL DECLARATION OF LINDSEY MARQUEZ REGARDING NOTICE AND CLAIM ADMINISTRATION

4. In my Notice Declaration, I also reported that 348 complete and timely opt-outs had been received.

CLAIM FORMS UPDATE

5. As of March 26, 2019, Epiq has received a total of 35,647 Claims Forms (2,477 paper claim forms and 33,170 web claims). This is an increase of 2,980 claim forms (69 paper claim forms and 2,911 web claims). Of the 2,911 increase in web claims, 2,905 were complete, and six were duplicate or denied. The 2,911 additional web claims were not initially captured, and were therefore not noted in my initial Notice Declaration, due to a programming error resulting in web claims not transferring into our database.

6. The total number of web claims have increased to 33,170, of which 30,259 were previously reported, plus an additional 2,905 complete web claims and six duplicate or denied web claims.

7. The total number of paper claims have increased by 69 to 2,477 (of which 2,408 were previously reported), plus 28 complete claim forms as a result of cured deficiency letters and claims forwarded by counsel and 41 duplicate or denied paper claims.

8. The number of complete claim forms have increased to 34,404, of which 31,471 were previously reported as complete, plus an additional 2,905 complete web claims and 28 complete paper claim forms.

9. This is an increase of 2,933 complete claims.

10. Lastly, pursuant to a check for fraudulent claims, 75 claims have been moved to duplicate status and the count of complete claims has been reduced from 34,404 to 34,329.

REQUESTS FOR EXCLUSION UPDATE

11. As of March 26, 2019, Epiq has received 355 requests for exclusion. An

additional seven complete and timely opt-outs were received since my initial Notice Declaration. This information was not initially captured due to a manual processing error. The Exclusion Report for the 355 complete and timely exclusion requests is included as **Attachment 1**.

     I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and that this declaration was executed on March 26, 2019 in Beaverton, Oregon.

/s/ Lindsey Marquez          
Lindsey Marquez

# ATTACHMENT 1

## Michael Bowman v. Art Van Furniture, Inc.
Case No. 2:17-cv-11630-NGE-RSW
Request for Exclusion

|    | Name |
|----|------|
| 1  | PAUL LARIVIERE |
| 2  | GERALD DAVIS |
| 3  | PHILLIP BOST |
| 4  | LISA LANNING |
| 5  | CAROLYN HARRISON |
| 6  | JULIE PLUGER |
| 7  | WAYNE KOWALSKI |
| 8  | JEFFREY ENGLISH |
| 9  | JILL MELTON |
| 10 | JAMES SKALNY |
| 11 | MELODY WOLLET |
| 12 | KATHLEEN BETKE |
| 13 | MELANIE PHIPPS |
| 14 | TOM CLOCK III |
| 15 | SUZANNE DEMARS |
| 16 | CAROLYN CHAVEZ |
| 17 | JANET OBENAUF |
| 18 | JEAN MARY DUPLISSIS |
| 19 | SILVIA ROJAS-ANADON |
| 20 | DUANE EDNA BAILEY |
| 21 | CLAIRE ANDRUS |
| 22 | MARY FRONCZAK |
| 23 | STEVEN SMITH |
| 24 | CAROL APRAHAMIAN |
| 25 | MARY ZACHOS |
| 26 | KAREN CALLAN |
| 27 | CHARLES KALBFELL |
| 28 | CAROLYN NIELSON |
| 29 | LEONARDO PERSICONE |
| 30 | SUSAN REINTGES |
| 31 | STEVEN GREGORY |
| 32 | JERRY LOVEJOY |
| 33 | JEAN WASSERMAN |
| 34 | SUE WHITE |
| 35 | ARLENE VECSEI |
| 36 | BEVERLY CARRIEL |

| | |
|---|---|
| 37 | MARY ANN HANLEY |
| 38 | AMY MAAT |
| 39 | KAREN WOLANIN |
| 40 | MARGARET WADLIN |
| 41 | VIRGINIA ESSER |
| 42 | CYNTHIA ACOSTA |
| 43 | HAZEL STEPHENSON |
| 44 | TRUDIE DEAN |
| 45 | BONNIE LAVELLE |
| 46 | ELIZABETH MAWHINNEY |
| 47 | JAMIE DAUCH |
| 48 | KIMBERLY BOYD |
| 49 | LOUISE BUDNICK |
| 50 | ANITRA CAPE |
| 51 | GREG ISAAC |
| 52 | THERESA BROWN |
| 53 | MARTHA SHINGLENDECKER |
| 54 | DEBRA REAGAN |
| 55 | MARC LOPER |
| 56 | LINDA RATHBUN |
| 57 | STEPHEN KANISKI |
| 58 | DOROTHY OPPENHUISEN |
| 59 | BETTY HALL |
| 60 | RUTH HAESSLER |
| 61 | PAULINE BANASZEWSKI |
| 62 | RICHARD ALLPORT |
| 63 | LARRY SPRAUVE |
| 64 | JUDY GASPAR |
| 65 | FRANCES ANDERSON |
| 66 | KENNETH HOLCOMB |
| 67 | CAROLYN DIXON |
| 68 | NANCY OBERST |
| 69 | CONNIE BILA |
| 70 | CHERYL HARPER |
| 71 | ROBERT FLETCHER |
| 72 | KALA SNYDER |
| 73 | NANCIE ARMSTRONG |
| 74 | JANICE WYNNE |
| 75 | MARIANNE ABBOTT |
| 76 | DAVID DYBALSKI |
| 77 | SYLVIA KOSINSKI |

| | |
|---|---|
| 78 | CINDY KASBAUER |
| 79 | ANTOINETTE KLIMOWICZ |
| 80 | CAROLYN BOARD |
| 81 | QUANG TRAN |
| 82 | FRANCINE CAMPBELL |
| 83 | LAURA WELCH |
| 84 | FRANK SOSNOWSKI |
| 85 | ROGER CREMONT |
| 86 | NICHOLAS BENDA |
| 87 | SHARON STREB |
| 88 | DANIEL HICKEY |
| 89 | HELEN CEBULA |
| 90 | TERRI ALEXANDER |
| 91 | ELAINE GUIDI |
| 92 | JOYCE PERRY |
| 93 | MAURICE VERMEULEN |
| 94 | CHERYL SCHULDT |
| 95 | MARY ANN ALSIP |
| 96 | SHARON BRUCE |
| 97 | JUANITA BACON |
| 98 | HARRY/MARY VEITH |
| 99 | CHRISTINE GABRIEL |
| 100 | ROBERT JONES |
| 101 | PRISCILLA KELLOGG |
| 102 | BRUCE JONES |
| 103 | SYBILLA KASE |
| 104 | SANDRA SMITH |
| 105 | DAVID FORD |
| 106 | HELEN GIBSON |
| 107 | JUDY KLIMCZAK |
| 108 | PATTI JEAN COOK |
| 109 | BARRY/LISA POTTER |
| 110 | JANICE BROOKS |
| 111 | JANET LAVALLEY |
| 112 | WILLARD SWITTER |
| 113 | MELVIN SUTTON |
| 114 | ELOISE OSBORN |
| 115 | DELORES HEIN |
| 116 | SHARON DEAN |
| 117 | RUTH BLEEKER |
| 118 | GORDON OBENAUF |

| | |
|---|---|
| 119 | AADIL ASMARO |
| 120 | HANEFREY MCFALLS |
| 121 | MOHAMMAD HAFIZ |
| 122 | ELIZABETH MAVCHOWICZ |
| 123 | EMILY WEIRICH |
| 124 | DAVID COLLEGROVE |
| 125 | TODD RIGGS |
| 126 | JERRY TESSMAN |
| 127 | LANA DOOLIN |
| 128 | CHARLENE LAMBARD |
| 129 | CAROL SANCTORUM |
| 130 | BETTY GAWENDA |
| 131 | GERALD WYETH |
| 132 | KAREN SESSION |
| 133 | MARTHA STUBBLEFIELD |
| 134 | JEANETTE ALLEN |
| 135 | MARSHALL LIPPSON |
| 136 | FRANK DE FRANCESCHI |
| 137 | JILL WEBB |
| 138 | MARILYN WARNER |
| 139 | RICKY SUMMERS |
| 140 | JANNES JOHNSON |
| 141 | NICHOLAS FLUCUS |
| 142 | JOE ANN BYERS |
| 143 | SUSAN/LARRY MATTOX |
| 144 | JACOBA SOTELO |
| 145 | SAM BLAGA |
| 146 | MAURA SEDGEMAN |
| 147 | IRENE PROSSER |
| 148 | LAURA EDWARDS |
| 149 | BRIAN TILLMAN |
| 150 | WINDELL BARTRAM |
| 151 | JOANN PIORKOWSKI |
| 152 | HENRY WALTERS |
| 153 | GEORGE MCCANN |
| 154 | MARY VANAUKEN |
| 155 | DORIS HUBBARD |
| 156 | JOAN OBYRNE |
| 157 | RONALD SEMAK |
| 158 | BARBARA WILSON |
| 159 | KATHERINE WILSHER |

| | |
|---|---|
| 160 | BRUCE FLORENCE |
| 161 | SAMUEL HAM |
| 162 | LINDA BERCH |
| 163 | SALLY FRAZHO |
| 164 | ELAINE HOSSLER |
| 165 | MARY FRITSCHER |
| 166 | ANGELA WISNIEWSKI |
| 167 | JOHN KUCZBORSKI |
| 168 | DORA MOSQUERA |
| 169 | ALENE WINTON |
| 170 | JIM-HOLLY PORTER |
| 171 | VARD THOMPSON |
| 172 | SHIRLEY DEHN |
| 173 | CAROL PLUMMER |
| 174 | WILLIAM BAGNASCO |
| 175 | ELLEN CRAWFORD |
| 176 | DENNIS MORSE |
| 177 | BEVERLY GARDINER |
| 178 | AL SADEK MAKKI |
| 179 | DOLORES BARNES |
| 180 | JERRY SHERMAN |
| 181 | STEVE DIXON |
| 182 | THEODORE ASKEW |
| 183 | ABDEL ELHALI |
| 184 | BERTHA ERICKSON |
| 185 | VICTORIA ELKINS |
| 186 | DOUGLAS COOK |
| 187 | JUNE RICE |
| 188 | GERALD FRANCIS FOY |
| 189 | LINDA ROTACH |
| 190 | SHARON HEIMAN |
| 191 | CLAUDIA POLMANTEER |
| 192 | ANITA RUSSELL |
| 193 | JOYCE BUSHA |
| 194 | MARY FITZGERALD |
| 195 | CHERYL CARRIER |
| 196 | SUE SCHMIEDICKE |
| 197 | GARY SERRELL |
| 198 | JANE SMITH |
| 199 | MARY CRAIN |
| 200 | LINDA CHATEL |

| | |
|---|---|
| 201 | MARGARITA CHAVEZ |
| 202 | WILLIAM H ALLEN |
| 203 | MARY WEBB |
| 204 | ROSANNE PRITCHETT |
| 205 | WILBUR LACEY |
| 206 | DOROTHY DEAN |
| 207 | DAN NOEL |
| 208 | BEREAN BAPTISTE CHURCH |
| 209 | INEZ BAYLE |
| 210 | MOHAMMED ALI |
| 211 | JOANN PENDO |
| 212 | SANDRA ERICKSON |
| 213 | CAROLINE JOHNSON |
| 214 | DIANA HOULIHAN |
| 215 | JUANITA THOMAS |
| 216 | ROSE NICKSON |
| 217 | DELMER PRIEST |
| 218 | JANICE FLINTON |
| 219 | ANTOINETTE A TOMCZAK |
| 220 | CECILIA SAYLOR |
| 221 | PERUMAL BOMMAIAHASAMY |
| 222 | BONNIE SCHRECK |
| 223 | WILLIAM BODLEY |
| 224 | THOMAS HARRIS |
| 225 | KENT RINTALA |
| 226 | SHARON WARNER |
| 227 | JOANNE SARTOR |
| 228 | CHRISTINE SHEPARD RELIABLE CAR |
| 229 | LENUS PATTERSON |
| 230 | LINDA GROSS |
| 231 | MADELEINE FITCH |
| 232 | EDITH HILDERBRANDT |
| 233 | SARAH HASTINGS |
| 234 | DANIEL GRIFFIN |
| 235 | MARY JOHNS |
| 236 | CHARLOTTE KINSEY |
| 237 | PADMASINI PERUMAL |
| 238 | CARLOS VIVEROS |
| 239 | RUTH HYATT |
| 240 | LINDA PERAINO |

| | |
|---|---|
| 241 | HUONG THE KHONG |
| 242 | JUDY LOVEJOY |
| 243 | CATHERINE STANKO |
| 244 | BARB HALLER |
| 245 | HARRY ANKENBAUER |
| 246 | ROBERT DUNKLEE |
| 247 | CORINNE WEBB |
| 248 | EVERETT KINGSBURY |
| 249 | PAT DESIDERI |
| 250 | JOETTA PENDLEY |
| 251 | CHERYL KELLER |
| 252 | GEORGETTE OLSON |
| 253 | LORRAINE FOURROUX |
| 254 | DAVID HILTON |
| 255 | DIANE MURPHY |
| 256 | BETH TUCKER |
| 257 | DONALD FRANCES DELOOF |
| 258 | CAROL WROBEL |
| 259 | BEATRICE COLES |
| 260 | RON VECSEI |
| 261 | DICK LINDBERG |
| 262 | LINDA WRIGHT |
| 263 | MARILYNN WOOD |
| 264 | KAREN RICHARDS |
| 265 | PHYLLIS KAVEN |
| 266 | VIVIAN PLUMMER |
| 267 | CALREAN RANKIN |
| 268 | JILL GROBBEL |
| 269 | TROY FOX |
| 270 | MARSHA JENEROU |
| 271 | JACQUELINE WIXSON |
| 272 | JACKIE MOODY |
| 273 | DIANNE SIVAK |
| 274 | CINDY FITZSIMMONS |
| 275 | LLOYD SMALE |
| 276 | SHEILA BONNER |
| 277 | JIM/JOANN DANN |
| 278 | GENEVIEW SIYDYM |
| 279 | COLLEEN CAREY |
| 280 | LAURA CASS |
| 281 | MOHAMMAD AMIN |

| | |
|---|---|
| 282 | MARLENE WHEELER |
| 283 | JEAN HAFNER |
| 284 | EDWARD PEITSCH |
| 285 | JIMMY KRUEGER |
| 286 | HARRIET NEIL |
| 287 | RICHARD FALK |
| 288 | JOSEPHINE MARR |
| 289 | ANNE SHEERAN |
| 290 | SHIRLEY SIMONS |
| 291 | KAREN BEATTIE |
| 292 | LINDA COOK |
| 293 | RICHARD EVANS |
| 294 | CHERYL SULLIVAN |
| 295 | SALLY GOHEEN |
| 296 | VERLIE BELL |
| 297 | FLOYD HAWES |
| 298 | BEVERLY M NIELSEN |
| 299 | GLENDA GRIFFIN |
| 300 | RITA NETTLETON |
| 301 | MARSHA GRIFFIN |
| 302 | TERRY THOMPSON |
| 303 | DENNIS COX |
| 304 | RETA BOST |
| 305 | BRENDA ELLIS |
| 306 | WANDA ROSE GOUGEON |
| 307 | MARIE KILLINBACK |
| 308 | DAVID PHILLIPS |
| 309 | LINDA REMICK |
| 310 | IRENE NETTLETON |
| 311 | IDA CLARK |
| 312 | RUSSEL STOWELL |
| 313 | DOROTHY BASHORE |
| 314 | LORETTA HOY |
| 315 | KAREN ELMY |
| 316 | JUDY LECOMPTE |
| 317 | ARLIE BLACK |
| 318 | WILLIAM DROOMER |
| 319 | JULIA JODOIN |
| 320 | DOROTHY WITTER |
| 321 | FAITH M SHAW |
| 322 | JANELLE BRADLEY |

| | |
|---|---|
| 323 | DONNA MIELK |
| 324 | WARREN HOEFT |
| 325 | JOEL DAVIDSON |
| 326 | CLAUDIA TENNY |
| 327 | BRIAN HERRON |
| 328 | CORY COOPER |
| 329 | BRIAN MONTGOMERY |
| 330 | MARY LOU APPLEBEE |
| 331 | JUDITH BENOIT |
| 332 | DONALD PHILLIPS |
| 333 | KEN ROESKE |
| 334 | LINDEEN SMITH |
| 335 | CAROL MAYKOWSKI |
| 336 | ALLISON KAPALA |
| 337 | MILES WEAVER |
| 338 | MARCIA MAYKOWSKI |
| 339 | LEONARD MULARSKI |
| 340 | RANDALL WILLIAMS |
| 341 | NASIA HERNANDEZ |
| 342 | BEVERLY MYTKO |
| 343 | ED SOBOTA |
| 344 | WAYNE TAYLOR |
| 345 | MARCIA POLANSKI |
| 346 | BEVERLY MEOLA |
| 347 | ALLA CLAEYS |
| 348 | DIANE WYFFELS |
| 349 | ADAM ADAMKREWIEZ |
| 350 | DAVID STONE |
| 351 | DAVID CHATEL |
| 352 | JUDY GREGORY |
| 353 | JERRY BAIRD |
| 354 | JOANN FRANSIK |
| 355 | JAMES L SHAW |